UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

..................................................

UNITED STATES OF AMERICA

-against-

CHRIS CHEVERE,

Defendant.

**ORDER**

CR-03-550 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 9 2005 ★

P.M. _____
TIME A.M. _____

..................................................

AMON, U.S.D.J.

Upon application of the United States Attorney dated September 7, 2005, the Court dismisses Count One of the above-captioned indictment.

SO ORDERED.

Dated: Brooklyn, New York
September 8, 2005

/S/ HON. CAROL B. AMON
_____
Carol Bagley Amon
United States District Judge