

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MKB:GMP

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 19, 2009

By ECF and Hand Delivery

The Honorable Carol B. Amon
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Chris Chevere
Criminal Docket No. 03-550 (CBA)

Dear Judge Amon:

*[Handwritten annotation: The government is directed to writ the defendant into this Court as soon as possible so that he may address the supervised release violation. So Ordered. s/Hon. Carol B. Amon 3/23/09]*

On March 3, 2009, Defendant Chris Chevere filed a pro se letter with this Court addressing his violation of supervised release. In his letter, the defendant requested that this Court either order him produced from Virginia, where he is currently incarcerated, to the Eastern District of New York to allow him to address the charges that he violated supervised release, or to appoint counsel who can file the necessary documents to do so. On March 11, 2009, this Court requested that the government show cause why the defendant should not be produced by writ to answer the charges that he violated the terms of his supervised release.

The government does not oppose the production of the defendant from Virginia state custody to address the charges that he violated the terms of his supervised release. The government

will submit a writ requesting that the defendant be produced into this district to address the violation charges.

>Respectfully submitted,
>
>BENTON J. CAMPBELL
>UNITED STATES ATTORNEY
>
>By:   /s/
>Gina M. Parlovecchio
>Assistant U.S. Attorney
>(718) 254-6228

cc: Clerk of the Court (CBA)
    Charles S. Hochbaum, Esq.